# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### CASE NO.: 1:2023-cv-02627

MORGAN HOWARTH,

        Plaintiff,

v.

SAM RAMIS f/k/a SAEID BEYRAMI,

        Defendant.

## DECLARATION OF JOEL B. ROTHMAN

I, Joel B. Rothman, declare and say:

    1.    I am an attorney with the law firm of SRIPLAW, P.A., and counsel of record for Plaintiff Morgan Howarth ("Howarth") in this action. I submit this declaration in support of Plaintiff's Motion for Alternative Service or Extension of Time to Serve Defendant. I have personal knowledge of the facts stated herein, and I could and would testify competently to those facts if called as a witness.

    2.    Attached as Exhinit 1 to this Declaration are true and correct copies of three Declarations of Diligence received from process servers hired by our firm to

effectuate service on the Defendant in this matter.  None of the attempts at service were successful.

3. According to the leasing office at the office address for Defendant's company, Defendant has sold his business and moved to Turkey.

I declare under perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November  9,  2023.

*/s/ Joel B. Rothman*
JOEL B. ROTHMAN

# Exhibit 1

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>Joel Rothman SBN 98220<br>SRIPLAW<br>21310 Suite 100<br>Boca Raton, FL 33433<br>ATTORNEY FOR  Plaintiff | TELEPHONE NUMBER<br>561-404-4350 | FOR COURT USE ONLY |
|---|---|---|
| NORTHERN DISTRICT, ATLANTA<br>2211 US Courthouse, 75 Ted Turner Drive, SW<br>Atlanta, GA 30303 | | |
| SHORT TITLE OF CASE:<br>Howarth, Morgan v. Ramis, Sam | | |
| DATE:           TIME:            DEP./DIV. | | CASE NUMBER:<br>1:23-cv-02627-LMM |
| Declaration of Diligence | | Ref. No. or File No:<br>00338-0087 |

United States District Court

Person to Serve: **Sam Ramis f/k/a Saeid Beyrami**

Documents Received: COMPLAINT FOR COPYRIGHT INFRINGEMENT (INJUNCTIVE RELIEF DEMANDED); Summons in a Civil Action

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action. The following attempts were made to effect personal service:

Jul 10 2023     11:30 AM     3225 Shallowford Rd Building 1000, Marietta, GA 30062; Per leasing office, the defendant sold company and moved back to Turkey last year.

Person attempting service:

a. Name: **Duane Day**
b. Address: **1801 Parkcourt Place Suite F100, Santa Ana, CA 92701**
c. Telephone number: **714-973-9202**
d. The fee for this service was: **145.00**
e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

Duane Day    7-12-23
Date: 07/10/2023

Declaration of Diligence         Invoice #: 7797273



| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>Joel Rothman SBN 98220<br>SRIPLAW<br>21310 Suite 100<br>Boca Raton, FL 33433<br>ATTORNEY FOR  Plaintiff | TELEPHONE NUMBER<br>561-992-3534 | FOR COURT USE ONLY |
|---|---|---|
| NORTHERN DISTRICT, ATLANTA<br>2211 US Courthouse, 75 Ted Turner Drive, SW<br>Atlanta, GA 30303 | | |
| SHORT TITLE OF CASE:<br>Howarth, Morgan v. Ramis, Sam | | |
| DATE:    TIME:    DEP./DIV. | | CASE NUMBER:<br>1:23-cv-02627-LMM |
| **Declaration of Diligence** | | Ref. No. or File No:<br>00338-0087 |

United States District Court

Person to Serve: **Sam Ramis f/k/a Saeid Beyrami**

Documents Received: COMPLAINT FOR COPYRIGHT INFRINGEMENT (INJUNCTIVE RELIEF DEMANDED); Summons in a Civil Action

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action. The following attempts were made to effect personal service:

**Aug 16 2023**   03:42 PM   9445 Knollcrest Blvd, Alpharetta, GA 30022; Home is vacant and for sale by Atlanta Communities Real Estate Brokerage, 770-240-2000 ext. 1760 and Agent Isaac Jordan, 404-397-2877

Person attempting service:

a. Name: **Kimberly Greenway, GCPS #206**
b. Address: **1801 Parkcourt Place Suite F100, Santa Ana, CA 92701**
c. Telephone number: **714-973-9202**
d. **The fee** for this service was: **145.00**
e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

*[Signed]* Kimberly Greenway, GCPS #206    Date: 8-19-23

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Joel Rothman SBN 98220<br>SRIPLAW<br>21310 Suite 100<br>Boca Raton, FL 33433<br>ATTORNEY FOR   Plaintiff | 561-992-3534 | |
| NORTHERN DISTRICT, ATLANTA<br>2211 US Courthouse, 75 Ted Turner Drive, SW<br>Atlanta, GA 30303 | | |
| SHORT TITLE OF CASE:<br>Howarth, Morgan v. Ramis, Sam | | |
| DATE:      TIME:      DEP./DIV. | | CASE NUMBER:<br>1:23-cv-02627-LMM |
| **Declaration of Diligence** | | Ref. No. or File No:<br>00338-0087 |

United States District Court

Person to Serve: **Sam Ramis f/k/a Saeid Beyrami**

Documents Received:   **Summons in a Civil Action; Complaint for Copyright Infringement (Injunctive Relief Demanded)**

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action. The following attempts were made to effect personal service:

**Oct 06 2023**   **12:02 PM**   3408 Phillip Cir, Decatur, GA 30032; The subject is unknown here per current occupant (refused to open the door or provide name)

**Oct 11 2023**   **01:45 PM**   3408 Phillip Cir, Decatur, GA 30032; Arrived at residence address. No vehicles present at the location. I observed the occupants leaving the residence, pushing a baby stroller and buggy. Per black female, 25-30, hair in scarf with braids and a black male 25-30 with brown dreadlocks, 5'10", 150 lbs, the subject is unknown here. They did not feel comfortable giving their names but were otherwise cooperative.

Person attempting service:

a. Name: **Nathaniel Collins**
b. Address: **1801 Parkcourt Place Suite F100, Santa Ana, CA 92701**
c. Telephone number: **714-973-9202**
d. **The fee** for this service was: **145.00**
e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

Nathaniel Collins              Date: **10/12/2023**

Declaration of Diligence                Invoice #: 8355350