IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MORGAN HOWARTH, <br><br> Plaintiff, <br><br> v. <br><br> SAM RAMIS, *formerly known as* Saeid Beyrami, <br><br> Defendant. | CIVIL ACTION NO. <br> 1:23-cv-02627-LMM |

## **ORDER**

This case comes before the Court on Plaintiff's Motion for Alternative Service or Extension of Time to Serve Defendant. Dkt. No. [11]. On the present record, the Court is not persuaded that the alternative means of service Plaintiff proposes would reasonably ensure effective service of process. Consequently, the Motion for Alternative Service is **DENIED**, and the Court **GRANTS** the alternative Motion for Extension of Time to serve Defendant. The service period is hereby **EXTENDED** through May 13, 2024, so that Plaintiff may attempt service of process via the Hague Convention.

**IT IS SO ORDERED** this 13th day of November, 2023.

_____
LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE